**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
KEVIN EZEQUIEL HERRERA,
                Plaintiff,

-v-

ANDREW M. SAUL,
Commissioner of Social Security,
                Defendant.
-----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/5/19

18 CIVIL 5965 (CS)(LMS)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated December 4, 2019, that the Commissioner's decision is reversed and that this action is remanded to the Commissioner of Social Security pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings.

**Dated:** New York, New York
         December 5, 2019

                                              **RUBY J. KRAJICK**

                                                Clerk of Court
                 BY:
                                                **Deputy Clerk**